BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>               Plaintiff,                      )<br>                                                          )<br>        v.                                            )<br>                                                          )<br>APPROXIMATELY $35,900.00 IN )<br>U.S. CURRENCY,                           )<br>                                                          )<br>APPROXIMATELY $5,500.00 IN   )<br>U.S. CURRENCY,                           )<br>                                                          )<br>APPROXIMATELY $3,125.00 IN   )<br>U.S. CURRENCY, and                    )<br>                                                          )<br>APPROXIMATELY $5,772.08 IN US.)<br>CURRENCY SEIZED FROM       )<br>UNION BANK ACCOUNT         )<br>NUMBER 1540018207,              )<br>                                                          )<br>               Defendants.                  )<br>_____) | 1:12-CV-00254-LJO-SKO<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

1        2.       Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3        3.       The defendant approximately $35,900.00 in U.S. currency was seized on October 4, 2011, at 3100 Fowler Avenue in Clovis, California 93611; the defendant approximately $5,500.00 in U.S. currency was seized on October 4, 2011, at 2675 Shirley Avenue in Clovis, California 93611; and the defendant approximately $3,125.000 in U.S. currency was seized on October 4, 2011, at16906 N. Friant Road in Friant, California 93626 (hereafter collectively "defendant currency").  The defendant approximately $5,772.08 in U.S. currency seized from Union Bank account number 1540018207 (hereafter "defendant funds") were seized on October 6, 2011, from the Union Bank branch located in Clovis, California. The defendant currency and defendant funds are in the custody of the U.S. Marshals Service, Eastern District of California.

4.       Plaintiff proposes that publication be made as follows:

     a.      One publication;

     b.      Thirty (30) consecutive days;

     c.      On the official internet government forfeiture site www.forfeiture.gov;

     d.      The publication is to include the following:

          (1)      The Court and case number of the action;

          (2)      The date of the seizure/posting;

          (3)      The identity and/or description of the property seized/posted;

          (4)      The name and address of the attorney for the Plaintiff;

          (5)      A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

1           (6)    A statement that answers to the Complaint or a motion
2 under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
3 within 21 days after the filing of the claims and, in the absence thereof, default may
4 be entered and condemnation ordered.

Dated: March 5 ,2012　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Heather Mardel Jones
　　　　　　　　　　　　　　　　　　　　HEATHER MARDEL JONES
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

**Dated:　March 5, 2012**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE