BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-00254-LJO-SKO |
| Plaintiff, | STIPULATION TO STAY PROCEEDINGS AND ORDER |
| v. | |
| APPROXIMATELY $35,900.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $5,500.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $3,127.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $5,772.08 IN US. CURRENCY SEIZED FROM UNION BANK ACCOUNT NUMBER 1540018207, | |
| Defendants. | |

The United States of America and Claimants Mark Bagdasarian and Maureen Bagdasarian, by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action and request the Court enter an order staying proceedings due to the on-going criminal prosecution <u>United States v. Bagdasarian et al</u>, 1:11-CR-00352-LJO-SKO.

///

1

1   The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2). The
2 United States contends that the defendant assets were proceeds of, involved in, or
3 facilitated the violations alleged in the Superceding Criminal Indictment (See 1:11-
4 CR-00352-LJO-SKO Doc # 42).

5   A stay is warranted because if discovery proceeds at this time in the civil in
6 rem case, Claimants would be entitled to depose, among others, the agents and
7 deputies involved with this investigation. Allowing depositions of the law
8 enforcement officers at this stage of the criminal investigation could adversely affect
9 the ability of the federal authorities to effectively pursue the related criminal
10 prosecution.

11   Likewise, a stay is warranted because Claimant Mark Bagdasarian is a
12 Defendant in the related criminal prosecution, has standing to assert a claim in the
13 civil in rem forfeiture proceeding, and continuation of the forfeiture proceeding will
14 burden the right of Claimant Mark Bagdasarian against self-incrimination in the
15 related criminal prosecution.

16   As such, the parties recognize that proceeding with the civil in rem action at
17 this time could have adverse effects on the underlying criminal prosecution and/or
18 upon the Claimants' ability to prove their claim to the property and to assert any
19 defenses to forfeiture.

20   For these reasons, the parties jointly request that this matter be stayed
21 pending resolution of the related criminal prosecution.

22 THEREFORE, the parties to this action stipulate and request as follows:

23 1.   Pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), this action be stayed due to the
24 pending related criminal prosecution;

25 2.   All presently scheduled court dates be vacated; and,

26 3.   The parties are to promptly notify the Court upon resolution of the pending
27 criminal prosecution.

28 ///

                                      Respectfully submitted,

Dated: July 17 , 2012                      BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Heather Mardel Jones
                                          HEATHER MARDEL JONES
                                          Assistant United States Attorney

Dated: July 17 , 2012

                                          /s/ Nicholas Capozzi
                                          ANTHONY P. CAPOZZI
                                          NICHOLAS CAPOZZI
                                          Attorneys for Claimants
                                          Mark Bagdasarian and
                                          Maureen Bagdasarian

                                                  **ORDER**

IT IS SO ORDERED.

**Dated:   July 19, 2012**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE